UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GEORGE T. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-338 |
| | ) | |
| NAVY FEDERAL CREDIT UNION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Defendant Navy Federal Credit Union ("Navy Federal") moved to dismiss *pro se* plaintiff George T. Jones' Complaint. *See* doc. 10. Jones moved for discovery. Doc. 11. Navy Federal responded in opposition to that Motion, doc. 15, and moves to stay discovery pending its Motion to Dismiss, doc. 14. Navy Federal has also asserted that Jones has not responded to its Motion to Dismiss. Doc. 13. However, that assertion is incorrect. Although Jones' filing is titled "Motion for Discovery," it is explicitly presented "[i]n response to the Defendant's Motion to Dismiss," doc. 11 at 1, and appears intended to make substantive arguments against dismissal, *id.* at 2-5. Given the liberal construction afforded to *pro se* pleadings, the Court construes the document Jones filed as his

response to the Motion to Dismiss. *See, e.g., Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed *pro se* is to be liberally construed . . . .").

Since Navy Federal has responded to Jones' Motion, it is ripe for disposition. Since, as Defendant's response points out, it appears that any request for discovery is premature and the parties have conducted the conference required under Rule 26(f), *see* doc. 15 at 2-3 (citing, *inter alia.*, *Futch v. FedEx Ground*, 2023 WL 5049318, at *5 (S.D. Ga. Aug. 8, 2023) (dismissing discovery motions filed before the Rule 26(f) report as premature)); *see also* Fed. R. Civ. P. 26(d)(1), Jones' Motion is **DENIED**. Doc. 11. Whether and when discovery may be conducted will depend upon the content of the parties' Rule 26(f) report and the disposition of Navy Federal's Motion to Stay, doc. 14, to which Jones has not yet responded.

**SO ORDERED,** this <u>8th</u> day of April, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA